# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

KENDRA REANN BUCKINGHAM,

        Defendant-Appellant.

UNPUBLISHED
March 16, 2017

No.   327810
Wayne Circuit Court
LC No.   14-010477-01-FH

---

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

TALICIA LALONDA HARRIS,

        Defendant-Appellant.

No.   328245
Wayne Circuit Court
LC No.   14-008602-01-FH

---

AFTER REMAND

Before:  STEPHENS, P.J., and SAAD and METER, JJ.

PER CURIAM.

We remanded this matter to the trial court for "the trial court to make the necessary findings of fact and conclusions of law in support of its guilty verdicts." *People v Buckingham*, unpublished opinion per curiam of the Court of Appeals, issued November 10, 2016 (Docket No. 327810); *People v Harris*, unpublished opinion per curiam of the Court of Appeals, issued November 10, 2016 (Docket No. 328245).

On remand, the trial court conducted a post-conviction review, made findings of fact on the record, and concluded that the elements of first-degree home invasion, MCL 750.110a(2), were proven beyond a reasonable doubt as to each defendant. We have reviewed the transcript submitted on remand and finding no error in the trial court's findings of fact and conclusions of law, we affirm.

-1-

Affirmed.

/s/ Cynthia Diane Stephens
/s/ Henry William Saad
/s/ Patrick M. Meter